FILED

06/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0347

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0347

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

MATTHEW RYAN AILER,

    Defendant and Appellant.

FILED

JUN 0 5 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Pursuant to Appellant Matthew Ryan Ailer's sixth motion for extension to of time to file his reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until June 21, 2023, to file his reply brief.

No further extensions will be granted.

DATED this 5 day of June, 2023.

For the Court,

Chief Justice